

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| PAUL LATHAN, JR.<br>La. DOC. #502198 | CIVIL ACTION NO. 08-0731 |
| VERSUS | DISTRICT JUDGE WALTER |
| WARDEN JOHNNY SUMLIN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Record Document 8] and the Supplemental Report and Recommendation [Record Document 11] of the Magistrate Judge previously filed herein, and after an independent review of the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under applicable law:

**IT IS ORDERED** that, as a result of petitioner's failure to exhaust available state court remedies, the petition for writ of *habeas corpus* pursuant to the provisions of 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that petitioner's request for the production of state court records is **DENIED**. Petitioner is directed to address all requests for production to the appropriate state court.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 12 day of January, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE