U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 1 8 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| PAUL LATHAN, JR.<br>La. DOC #502198 | CIVIL ACTION NO: 08-0731<br>SECTION P |
| VERSUS | JUDGE DONALD E. WALTER |
| WARDEN JOHNNY SUMLIN | MAGISTRATE HAYES |

## JUDGMENT

For the reasons stated in both the Report and Recommendation and the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's petition for writ of *habeas corpus* is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to exhaust available state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana on this 18 day of February, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE